# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00160-CV

**Rhett Webster Pease, Appellant**

**v.**

**Texas Attorney General and Janell Pease, Appellees**

## FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT NO. 12,380, HONORABLE JOHN M. DELANEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rhett Webster Pease filed his notice of appeal on March 14, 2008. The clerk's record was filed on June 26, 2008, three supplemental clerk's records were filed on August 20, 2008, August 25, 2008, and December 22, 2008, and the reporter's record was filed on December 30, 2008. On February 23, 2009, the clerk of this Court sent appellant notice that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court on or before March 5, 2009. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   June 26, 2009